IN RE BRITT

No. 343P90

Case below: 99 N.C. App. 360

Petition by Michael Ray Britt for writ of supersedeas denied 31 July 1990.

IN RE FORECLOSURE OF STEWART

No. 198PA90

Case below: 98 N.C. App. 154

Petition by respondents for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1990.

IN RE JACKSON PAPER MFG. CO.

No. 221P90

Case below: 98 N.C. App. 339

Petitions by Jackson County and by Jackson Paper Mfg. Co. for discretionary review pursuant to G.S. 7A-31 denied 16 July 1990.

IVES v. REAL-VENTURE, INC.

No. 160P90

Case below: 97 N.C. App. 391

Petition by third-party defendants for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

J. M. WESTALL & CO. v.
WINDSWEPT VIEW OF ASHEVILLE

No. 84P90

Case below: 97 N.C. App. 71

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.